ALTEMUS & WAGNER
STEWART C. ALTEMUS (Bar No. 98746)
1255 Sacramento St.
Redding, CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

DOWNEY BRAND LLP
MICHAEL N. MILLS (Bar No. 191762)
THOMAS A. HENRY (Bar No. 199707)
RYAN C. WOOD (Bar No. 232267)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100

Attorneys for Plaintiffs
7-11 Materials, Inc. and Basic Resources, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7/11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, in his individual and official capacities, GEORGE ROBSON, in his individual and official capacities,<br><br>Defendants. | Case No. 2:08-CV-01373-MCE-EFB<br><br>**ORDER TO COMMENCE THIRD-PARTY DISCOVERY FORTHWITH AND PRIOR TO THE FED. R. CIV. PROC. RULE 26(f) CONFERENCE** |

Pursuant to Local Rule 83-143, Plaintiffs 7/11 Materials, Inc. and Basic Resources, Inc. ("Plaintiffs") and Defendant John Stoufer ("Defendant") have stipulated that good cause exists to commence third-party discovery forthwith, as it may lead to an early resolution of this action, and have jointly applied to this Court for an Order permitting third-party discovery to commence

1

938514.1

immediately.  Plaintiffs and Defendant further agree that any other discovery amongst the Parties hereto shall not commence until the Court issues its Scheduling Order subsequent to the Fed. R. Civ. Proc. Rule 26(f) conference and the filing the Parties' Joint Status Report.

      Good cause appearing to the satisfaction of the Court, the parties' joint application is GRANTED.  Third-party discovery may commence as of the date of this Order.

      SO ORDERED.

      Dated:  July 15, 2008

                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE