LAURENCE L. ANGELO, ESQ. SBN 034528
J. SCOTT SMITH, ESQ., SBN 151163
ALLISON E. GOLDSMITH, ESQ. SBN 238263
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF TEHAMA (also sued herein as TEHAMA COUNTY BOARD OF SUPERVISORS and TEHAMA COUNTY PLANNING COMMISSION), JOHN STOUFER, and GEORGE ROBSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7/11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>                         Plaintiffs,<br><br>             vs.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, et al.,<br><br>                         Defendants. | Case No.: 2-08-CV-01373-MCE-EFB<br><br>**ORDER TO RESPOND TO COMPLAINT (E.D. LOCAL RULE 6-144) AND TO EXTEND TIME TO FILE JOINT STATUS REPORT** |

Pursuant to Local Rules 83-143 and 6-144, Plaintiffs 7/11 Materials, Inc. and Basic Resources, Inc. ("Plaintiffs") and Defendants County of Tehama (also sued herein as Tehama County Planning Commission and Tehama County Board of Supervisors), John Stoufer, and George Robson ("Defendants") have demonstrated that good cause exists to reset dates by which Defendants are to file responsive pleadings, and by which the parties must file a joint status report.

1    This Court orders that:

2    1.  If an Amended Complaint is to be filed, it will be filed no later than August 15, 2008;

3    2.  Defendants' responsive pleadings will be due no later than September 5, 2008;

4    3.  A Joint Status Report, which includes the Rule 26 (f) discovery plan, will be filed by

5 September 26, 2008.

7    IT IS SO ORDERED.

9 DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE