UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7/11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation, | Case No.  2:08-CV-01373-MCE-EFB |
| Plaintiffs, | **ORDER** |
| v. | |
| COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, in his individual and official capacities, GEORGE ROBSON, in his individual and official capacities, | |
| Defendants. | |

///

///

///

///

///

///

///

1036292.1

ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   Accordingly, for good cause and pursuant to the above Stipulation of the Parties,

2   IT IS HEREBY ORDERED that:

3   (1)   All discovery, with the exception of expert discovery, shall be completed by

4   February 12, 2010; and

5   (2)   All other dates set forth in the Court's October 30, 2008, Scheduling Order shall

6   remain the same.

7   IT IS SO ORDERED.

8   Dated:  October 26, 2009

```
_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
```

1036292.1

2

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com