J. SCOTT SMITH, ESQ., SBN 151163
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF TEHAMA (also sued herein as Tehama County Planning Commission and Tehama County Board of Supervisors), JOHN STOUFER, and GEORGE ROBSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7/11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>         Plaintiffs,<br><br>   vs.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, et al.,<br><br>         Defendants. | Case No.: 2-08-CV-01373-MCE-EFB<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE IN PRETRIAL (STATUS) SCHEDULING ORDER; ORDER THEREON** |

Plaintiffs 7/11 Materials, Inc. and Basic Resources, Inc. (collectively, "Plaintiffs"), by and through their attorneys Downey Brand LLP, and Defendants County of Tehama, Tehama County Planning Commission, Tehama County Board of Supervisors, John Stoufer, and George Robson (collectively, "Defendants"), by and through their attorneys Angelo Kilday & Kilduff, hereby Stipulate and seek Court approval for the following:

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

The Parties have been working towards the completion of discovery in this action by the discovery completion date set forth in the Court's Pretrial (Status) Scheduling Order entered October 30, 2008. Since this Court's Scheduling Order, the Parties have occasionally voluntarily refrained from engaging in discovery in order to explore possibilities for settlement of this matter. To that end, the Parties previously stipulated to an extension of the discovery deadline until February 12, 2010, which the Court signed into an Order. (Docket No. 30.) The Court has since continued the trial date from September 27, 2010 to January 23, 2012. (Docket No. 31.) Given the Parties respective schedules and the new trial date, the Parties wish to continue discovery cut-offs in this case to allow for additional informal discussions.

The Parties therefore request to modify the Scheduling Order as follows in light of the continued trial date:

1. All non-expert discovery to be completed by September 30, 2010;

2. Expert witness disclosures to be completed by October 30, 2010, with rebuttal experts to be disclosed 20 days thereafter;

3. Dispositive motions to be filed no later than January 30, 2011.

Dated: January 25, 2010               ANGELO, KILDAY & KILDUFF

                                      */s/ J. Scott Smith*
                                      By:_____
                                      J. SCOTT SMITH
                                      Attorneys for Defendants COUNTY OF
                                      TEHAMA, JOHN STOUFER, and
                                      GEORGE ROBSON


Dated: January 25, 2010               DOWNEY BRAND LLP

                                      */s/ Sophia J. Rowlands*
                                      By:_____
                                      SOPHIA J. ROWLANDS
                                      Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

1. All non-expert discovery is to be completed by September 30, 2010;

2. Expert witness disclosures are to be completed by October 30, 2010, and rebuttal experts to be disclosed 20 days thereafter;

3. All dispositive motions are to be filed no later than January 30, 2011;

4. All other dates set forth in the Court's October 30, 2008, Scheduling Order shall remain the same.

IT IS SO ORDERED.

Dated: January 25, 2010

_____
Morrison C. England, Jr.
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com