J. Scott Smith (SBN: 151163)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for County of Tehema

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Basic Resources, Inc., | CASE NO. 2:08-cv-01373-MCE-EFB |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY; ORDER** |
| v. | |
| County of Tehema, | |
| Defendant. | |

Please take notice that defendant's County of Tehema, George Robson, and John Stoufer hereby request that J. Scott Smith, of the law firm of Meyers, Nave, Riback, Silver & Wilson be substituted as counsel of record for the law firm of Angelo, Kilday & Kilduff in the above entitled lawsuit. Mr. Smith was previously with the law firm of Angelo, Kilday & Kilduff and has been the defendant's primary attorney of record, and has now moved to the Meyers, Nave law firm. The new address of record for defendants shall be:

    J. Scott Smith
    Meyers, Nave, Riback, Silver & Wilson
    555 Capital Mall, Suite 1200
    Sacramento, CA 95814
    Phone: 916-556-1531
    Fax: 916-556-1516
    Email: ssmith@meyersnave.com

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: November 10, 2010          MEYERS, NAVE, RIBACK, SILVER & WILSON

2

3
                                    By:    /s/ J. Scott Smith
4                                          J. Scott Smith

5

6  On behalf of the law firm of Angelo, Kilday & Kilduff, I consent to the above request of

7  substitution.

8

9                                   By:    /s/ Bruce A. Kilday
                                           Bruce A. Kilday
10

11 IT IS SO ORDERED.

12

13 Dated: November 15, 2010

14                                   _____
                                     MORRISON C. ENGLAND, JR
15                                   UNITED STATES DISTRICT JUDGE

                                            2                    2:08-cv-01373-MCE-EFB
                                                                 SUBSTITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com