ALTEMUS & WAGNER
Stewart C. Altemus (State Bar No. 98746)
1255 Sacramento Street
Redding CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs 7-11 MATERIALS, INC. and
BASIC RESOURCES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7-11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, in his individual and official capacities, GEORGE ROBSON, in his individual and official capacities,<br><br>        Defendants.<br>_____/ | Case No. 2:08-CV-01373-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES IN PRETRIAL (STATUS) SCHEDULING ORDER;  ORDER THEREON |

   Plaintiff, 7/11 MATERIALS, INC. and BASIC RESOURCES, INC. (collectively "Plaintiffs') by and through their attorneys, and Defendants, COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER and GEORGE ROBSON (collectively "Defendants"), by and through their attorneys, hereby stipulate and seek Court approval for the following:

## **STIPULATION**

   The parties had been working toward the completion of discovery in this action by November 30, 2010, pursuant to the Court's Amended Scheduling Order (Docket No. 38)  and the parties have occasionally voluntarily refrained from engaging in discovery in order to explore

the possibility for settlement of this matter.  The Court has continued the trial date of this matter to January 23, 2012 (Docket No. 31).

     Since the last stipulation, due to the death of Plaintiff's council, Stewart C. Altemus's death of his partner and Mr. Altemus's substantial increase in his work load,  and Defendant's council, Scott Smith, having accepted employment at a new law firm, the parties have been attempting to complete the scheduling of necessary depositions  in this matter but have been unable to coordinate dates that are mutually acceptable to all parties.   It is anticipated that depositions will be completed by the end of February, 2011.

     Therefore, the parties request that the Scheduling Order be modified as follows:

1. All non-expert discovery to be completed by February 28, 2011.

2. Expert witness disclosures to be completed by March 31, 2011.

3. Dispositive motions to be filed no later than May 2, 2011.

Dated: January 18, 2011.              ALTEMUS & WAGNER

                                                            /s/ Stewart C. Altemus
                                                            Stewart C. Altemus
                                                            Attorneys for Plaintiffs


Dated: January 25, 2011.              MEYERS NAVE

                                                            /s/ J. Scott Smith
                                                            J. Scott Smith
                                                           Attorneys for Defendants

**ORDER**

For good cause and pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. All non-expert discovery to be completed by February 28, 2011.

2. Expert witness disclosures to be completed by March 31, 2011.

3. Dispositive motions to be filed no later than May 2, 2011.

4. All other dates set forth in the Court's Amended Scheduling Order shall remain the same.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE