```
 1  ALTEMUS & WAGNER
    Stewart C. Altemus (State Bar No. 98746)
 2  1255 Sacramento Street
    Redding CA 96001
 3  Telephone: (530) 242-8800
    Facsimile: (530) 242-8900
 4
    Attorneys for Plaintiffs 7-11 MATERIALS, INC. and
 5  BASIC RESOURCES, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7-11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, in his individual and official capacities, GEORGE ROBSON, in his individual and official capacities,<br><br>　　　　　　　Defendants.<br>_____/ | Case No. 2:08-CV-01373-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINE IN PRETRIAL (STATUS) SCHEDULING ORDER; ORDER THEREON |

　　　　Plaintiff, 7/11 MATERIALS, INC. and BASIC RESOURCES, INC. (collectively "Plaintiffs') by and through their attorneys, and Defendants, COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER and GEORGE ROBSON (collectively "Defendants"), by and through their attorneys, hereby stipulate and seek Court approval for the following:

///

///

///

///

///

**STIPULATION**

Since the last stipulation entered into between the parties (Docket No. 45), the attorney for the Plaintiff, Stewart C. Altemus, has been diagnosed with tonsil cancer and has undergone three surgeries since February 10, 2011.  On March 18, 2011 he began intensive chemotherapy and radiation treatments.  His chemotherapy treatments are every Monday from 6:30 a.m. until 3:00 p.m. following by a one hour radiation treatment.  From Tuesday through Friday of each week he has radiation treatments commencing at 8:00 a.m. until approximately 9:00 a.m.  These treatments will be on-going through at least May of 2011.   Mr. Altemus's physicians have advised him that he will be unable to work until at least mid-June, 2011 as a result of his illness and chemotherapy and radiation treatments.  Pursuant to the previous stipulation between the parties, and the order of this court, disclosure of experts is presently scheduled for March 31, 2011.  Due to Mr. Altemus's illness and his chemotherapy and radiation treatments, he has been unable to meet with the numerous experts that Plaintiff intends to disclose and to prepare the necessary reports to be attached to Plaintiff's disclosure of experts.

Therefore, the parties request that the Scheduling Order be modified as follows:

1. All non-expert discovery to be completed by July 15, 2011.

2. Expert witness disclosures to be completed by August 26, 2011.

3. Dispositive motions to be filed no later than July 2, 2011.

Dated: March 28, 2011.           ALTEMUS & WAGNER

/s/ Stewart C. Altemus
Stewart C. Altemus
Attorneys for Plaintiffs


Dated: March 29, 2011.           MEYERS NAVE

/s/ J. Scott Smith
J. Scott Smith
Attorneys for Defendants

**ORDER**

For good cause and pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. All non-expert discovery to be completed by July 15, 2011.

2. Expert witness disclosures to be completed by August 26, 2011.

3. Dispositive motions to be filed no later than July 2, 2011.

4. All other dates set forth in the Court's Amended Scheduling Order shall remain the same.

DATED: April 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE