ALTEMUS & WAGNER
Stewart C. Altemus (State Bar No. 98746)
1255 Sacramento Street
Redding CA 96001
Telephone: (530) 242-8800
Facsimile: (530) 242-8900

Attorneys for Plaintiffs 7-11 MATERIALS, INC. and
BASIC RESOURCES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7-11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, in his individual and official capacities, GEORGE ROBSON, in his individual and official capacities,<br><br>Defendants.<br>_____/ | Case No. 2:08-CV-01373-MCE-EFB<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINE IN PRETRIAL (STATUS) SCHEDULING ORDER; ORDER THEREON |

Plaintiff, 7/11 MATERIALS, INC. and BASIC RESOURCES, INC. (collectively "Plaintiffs') by and through their attorneys, and Defendants, COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER and GEORGE ROBSON (collectively "Defendants"), by and through their attorneys, hereby stipulate and seek Court approval for the following:

///

///

///

///

///

**STIPULATION**

Since the last stipulation entered into between the parties (Docket No. 47), the attorney for the Plaintiff, Stewart C. Altemus, who was been diagnosed with tonsil cancer, has undergone three surgeries since February 10, 2011 and intensive chemotherapy and radiation treatments. The chemotherapy and radiation treatments were expected to conclude at the end of May but due to Mr. Altemus having to be unexpectedly hospitalized in mid-May his chemotherapy and radiation treatments did not conclude until early June. As a result, Mr. Altemus's physicians have advised him that he will be unable to return to work until at least the end of July as a result of his illness and his recovery from the chemotherapy and radiation treatments. Pursuant to the previous stipulation between the parties, and the order of this court, dispositive motions are to be filed by July 15, 2011. While Plaintiff's attorney is in the process of preparing Plaintiff's Motion for Summary Judgment, due to his illness he has been unable to complete it. Plaintiff's attorney is therefore requesting that the Court extend the date for filing of dispositive motions for at least 14 days.

Therefore, the parties request that the Scheduling Order be modified as follows:

1. Dispositive motions to be filed no later than July 29, 2011.

2. All other dates modified by the most recent stipulation and order of this Court filed on March 29, 2011, shall remain the same.

Dated: July 14, 2011.                ALTEMUS & WAGNER

                                     /s/ Stewart C. Altemus
                                     Stewart C. Altemus
                                     Attorneys for Plaintiffs


Dated: July 14, 2011.                MEYERS NAVE

                                     /s/ J. Scott Smith
                                     J. Scott Smith
                                     Attorneys for Defendants

2

**ORDER**

The Court is sympathetic to Mr. Altemus' situation. The Court nonetheless admonishes all counsel that a stipulation, filed one (1) day prior to the dispositive motion deadline, is untimely and does not provide the court with the time to consider the request prior to the cutoff. (Lack of preparation by counsel does not constitute an emergency on the part of the Court.) Further, because the parties stipulate does NOT automatically guarantee that the request will be granted. Counsel are directed to advise their employees of this fact so that communications with the Court staff will be handled accordingly.

IT IS HEREBY ORDERED as follows:

1. Dispositive motions to be filed no later than July 29, 2011.

2. All other dates modified by the most recent stipulation and order of this Court filed on March 29, 2011, shall remain the same.

Dated: July 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3