1  J. Scott Smith (SBN: 151163)
   MEYERS, NAVE, RIBACK, SILVER & WILSON
2  555 Capitol Mall, Suite 1200
   Sacramento, California 95814
3  Telephone: (916) 556-1531
   Facsimile: (916) 556-1516
4
   Attorneys for Defendants County of Tehama et
5  al.

6

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| 7/11 MATERIALS, INC., a California Corporation and BASIC RESOURCES, INC., a California Corporation, | CASE NO. 2-08-CV-01373-MCE-EFB |
|---|---|
| Plaintiffs, | **ORDER GRANTING REQUEST TO ACCEPT REVISED MOTION FOR SUMMARY JUDGMENT FOR FILING; TO SUBMIT OVERSIZED BRIEF IN SUPPORT THEREOF; AND TO SET HEARING ON MOTION.** |
| v. | |
| COUNTY OF TEHAMA, TEHAMA COUNTY PLANNING COMMISSION, TEHAMA COUNTY BOARD OF SUPERVISORS, JOHN STOUFER, et al., | |
| Defendants. | |

Having reviewed the request of Defendants to submit a revised motion for summary judgment and permission to file an oversized brief in support of the same, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' Revised Motion For Summary Judgment is accepted for filing;

2. Defendants are granted permission to exceed the page limit for their Memorandum of Points and Authorities in support the Revised Motion for Summary Judgment such that it shall not exceed 30 pages;

3. Plaintiffs' Memorandum of Points and Authorities in opposition to the Motion shall not exceed 30 pages without prior permission from this court;

///

1   4. The hearing on the Revised Motion for Summary Judgment is hereby set for October 6,
2  2011 at 2: p.m. in Courtroom 7 of this Court.  Defendants are directed to renotice their Motion for
3  that day, since the October 5, 2011 date provided in the Amended Motion (ECF No. 71) is not an
4  available date for hearing motions on the Court's calendar.

5  Dated:  September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE