J. Scott Smith (SBN: 151163)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants County of Tehama, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| 7/11 MATERIALS, INC., a California corporation, and BASIC RESOURCES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TEHAMA; TEHAMA COUNTY PLANNING COMMISSION; TEHAMA COUNTY BOARD OF SUPERVISORS; JOHN STOUFER, in his individual and official capacities; and GEORGE ROBSON, in his individual and official capacities,<br><br>Defendants. | CASE NO. 2-08-CV-01373-MCE-EFB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT FINAL SETTLEMENT DOCUMENTS<br><br>Hon. Morrison C. England, Jr. |

The parties have jointly submitted a Request for Extension of Time to Submit Final Settlement Documents to April 20, 2012 in order to allow the parties to resolve minor language differences. Having found good cause therefor, the Court grants the request. The parties are hereby directed to submit their final settlement documents on or before April 20, 2012.

DATED: April 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE